UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00021-MOC-DCK

| | | |
|---|---|---|
| **NORMAN GATEWOOD**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JACKIE JEFFRIES** | ) | |
| **JERRY RICHARDSON** | ) | |
| **PORSCHA PENN** | ) | |
| **BONNIE CREIGHTON**, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Remand from the Court of Appeals for the Fourth Circuit and its Mandate (#23). In accordance with the instructions contained therein, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff file an amended complaint within 30 days of service of this Order, correcting the defects identified in the Court's previous Order (#17). If Plaintiff fails to file an amended complaint within 30 days, this action may be dismissed with prejudice and without further notice to Plaintiff.

Signed: March 28, 2019

Max O. Cogburn Jr
United States District Judge

-1-