UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00021-MOC-DCK

| | | |
|---|---|---|
| **NORMAN GATEWOOD**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JACKIE JEFFRIES** | ) | |
| **JERRY RICHARDSON** | ) | |
| **PORSCHA PENN** | ) | |
| **BONNIE CREIGHTON**, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion following Plaintiff's failure to amend the Complaint in accordance with this Court's prior Order entered on March 29, 2019. See (Doc. No. 24).

In the Court's prior Order, the Court noted that this action had been remanded from the Fourth Circuit Court of Appeals. In accordance with the instructions from the Fourth Circuit on remand, this Court ordered Plaintiff to file an amended complaint within 30 days of service of the Court's Order in order to correct the defects in Plaintiff's original Complaint. This Court expressly warned Plaintiff that if he failed to file an amended complaint within 30 days, this action may be dismissed with prejudice and without further notice to Plaintiff. Plaintiff has failed to file an amended complaint within the thirty-day deadline. Therefore, this action will be dismissed without prejudice and without further notice to Plaintiff.

**IT IS THEREFORE ORDERED THAT:**

(1) This matter is hereby dismissed without prejudice.

-1-

(2) The Clerk is instructed to terminate this action.

Signed: June 28, 2019

Max O. Cogburn Jr
United States District Judge